**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2022

**BY ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request is granted. The conference is adjourned to June 1, 2022 at 11:00 a.m. Time is excluded in the interests of justice until June 1, 2022 at 11:00 a.m. So ordered.
> /s/ Alvin K. Hellerstein
> April 6, 2022

Re: *United States v. Rivera and Velez*, **21 Crim. 607 (AKH)**

Dear Judge Hellerstein:

      The parties write jointly to seek a 45-day adjournment of the status conference currently scheduled for April 7, 2022 because the Government is continuing to actively discuss a pretrial resolution in this case with both defendants.

      The Government also respectfully requests that time be excluded under the Speedy Trial Act between April 7 and the date of the next conference. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery and the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
     Kevin Mead
     Assistant United States Attorney
     (212) 637-2211

CC:   Joseph Caldarera, Counsel for Armando Rivera (by ECF)
       Mehdi Essmidi, Counsel for Aneudy Velez (by ECF)