UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                   :
                                            :
                                            :  **SCHEDULING ORDER**
          -against-                         :
                                            :  21 Cr. 607 (AKH)
                                            :
                                            :
ARMANDO RIVERA,                             :
                                            :
                              Defendant.    :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing is adjourned from November 29, 2022, to January 4, 2023, at 10:00 a.m.

      SO ORDERED.

Dated:  September 15, 2022              ____/s/_ Alvin K. Hellerstein_____
        New York, New York              ALVIN K. HELLERSTEIN
                                        United States District Judge

1