UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA :
:
: **SCHEDULING ORDER**
-against- :
: 21 Cr. 607 (AKH)
:
:
ARMANDO RIVERA, :
:
Defendant. :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing currently scheduled for January 11, 2023, at 2:15 p.m. is adjourned to February 6, 2023, at 10 a.m.

      SO ORDERED.

Dated:    January 9, 2023           /s/ Alvin K. Hellerstein
            New York, New York      ALVIN K. HELLERSTEIN
                                            United States District Judge