UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
UNITED STATES OF AMERICA                                     :
                                                             :
                                                             :    SCHEDULING ORDER
                                                             :
               -against-                                     :    21 Cr. 607 (AKH)
                                                             :
                                                             :
                                                             :
ARMANDO RIVERA,                                              :
                                                             :
                                         Defendant.          :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing currently scheduled for February 6, 2023, at 10 a.m. is adjourned to January 11, 2023, at 10:00 a.m.

       SO ORDERED.

Dated:    January 9, 2023                /s/ Alvin K. Hellerstein
            New York, New York         ALVIN K. HELLERSTEIN
                                                 United States District Judge